UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES GRIGGS,

        Plaintiff(s),       Case No. 12-12399

v.      Judge Marianne O. Battani

DETROIT, CITY OF, ET AL.,      Magistrate Judge R. Steven Whalen

        Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __23__, filed __08/05/2013__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [x] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Carolyn Ciesla__ at __(313) 234-5137__.

DAVID J. WEAVER, CLERK OF COURT

Dated: August 5, 2013

s/Carolyn Ciesla
Deputy Clerk