UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES GRIGGS,

        Plaintiff(s),                          Case No. 12-12399

v.                                          Judge  Marianne O. Battani

DETROIT, CITY OF, ET AL.,                 Magistrate Judge  R. Steven Whalen

        Defendant(s).

_____/

NOTICE OF CORRECTION

Docket entry number ___23___, filed _____08/05/2013_____, has been modified.  The explanation for the correction

is stated below.

☐ The docket entry was made on the wrong case.

☑ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed to include the Partial Payment Order.

☐ Other:

If you need further clarification or assistance, please contact _____Carolyn Ciesla_____ at __(313) 234-5137__.

DAVID J. WEAVER, CLERK OF COURT

Dated: _August 5, 2013_____              s/Carolyn Ciesla_____
                                                  Deputy Clerk